UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

IN RE:   DONALD FORD AND SHIRLEY FORD,
Debtors

Case No. 2:17-bk-12833
Chapter 13

**NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER**                          MOVANT

v.

**DONALD FORD AND SHIRLEY FORD,**                          RESPONDENTS
Debtors and
**MARK T. MCCARTY, Trustee**

## ORDER

Pursuant to the Motion for Relief from Automatic Stay filed herein by Movant, Nationstar Mortgage LLC d/b/a Mr. Cooper, and the Court, being fully advised, finds that the Motion is **WITHDRAWN** upon conditions. The Debtor shall modify the plan within twenty-one (21) days to pay the mortgage through the plan in the sum of $339.25 beginning August 1, 2019. The Debtor's amended plan shall provide for payment of the post-petition delinquency in the amount of $6,869.80, which includes the following:

| | | |
|---|---|---|
| Payments: 2/1/2018-2/1/2018 | 1 @ $335.10 each = $335.10 | |
| Payments:3/1/2018- 2/1/2019 | 12 @ $334.47 each = $4,013.64 | |
| Payments:3/1/2019- 7/1/2019 | 5 @ $339.25 each = $1,696.25 | |
| Attorney's fees and costs | $1,031.00 | |
| Suspense | | ($206.19) |
| Total Due: | | **$6,869.80** |

Movant will file an Amended Proof of Claim or Notice of Post-Petition Fees and Expenses for the post-petition amounts listed in this order.

Additionally, the Debtors agree to strictly comply with all payments to the Chapter 13

15-000110-951

EOD: August 6, 2019

Trustee and with the terms of this Order for the period of August 2019 through January 2020. Should the Debtors go into default for the period of ten (10) days or more, or fail to comply with any provisions herein, Movant shall give one ten (10) day Notice of Default, and if the default is not cured within that time, Movant will submit a Motion and Order granting Movant ex parte relief from the automatic stay without further appearance before this Court.

In the event that the proceeds of any sale conducted exceeds the amount owed on the property by the Debtors, then Movant shall forward said proceeds to the Trustee for disbursement to other creditors.

**IT IS SO ORDERED.**

*/s/ Phyllis M. Jones*
Phyllis M. Jones
United States Bankruptcy Judge
Dated: Aug 06, 2019

APPROVED AS TO FORM:

15-000110-951

MACKIE WOLF ZIENTZ & MANN, P.C.
124 W. Capitol Avenue, Suite 1560
Little Rock, AR 72201
Phone: (501) 218-8111
Facsimile: (501) 588-0070
Email: smcdaniel@mwzmlaw.com

By:     /s/ Sarah Murphy McDaniel
        Sarah Murphy McDaniel (Bar No. 2012130)

Leslie N. Mann (Bar No. 95142)
Sarah Murphy McDaniel (Bar No. 2012130)
Brien G. Saputo (Bar No. 2011255)

Attorney for Movant


By:     /s/Jeremy Bueker
        Jeremy Bueker
        Attorney at Law
        1702 South Main Street
        Stuttgart, AR 72160

By:     _____
        Mark T. McCarty
        Trustee
        PO Box 5006
        North Little Rock, AR 72119

15-000110-951